MARY·NIELSON, Respondent, *v.* ALICE LAFFLIN, Appellant.

(Argued June 21, 1894; decided October 9, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 18, 1893, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*George Clinton* for appellant.

*W. Caryl Ely* for respondent.

Agree to affirm; no opinion.
All concur, except ANDREWS, Ch. J., not sitting.
Judgment affirmed.

_____

HARRIET WALSH, Respondent, *v.* PATRICK WALSH et al., Appellants.*

(Argued June 21, 1894; decided October 9, 1894.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made December 9, 1892, which reversed a judgment in favor of defendants entered upon a decision of the court on trial at Circuit without a jury and granted a new trial.

*E. F. Babcock* for appellants.

*Frederick Collin* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed and judgment accordingly.

_____

*Reported below, 66 Hun, 297.